# IN THE UNITED STATES DISTRICT COURT
# FOR EASTERN DISTRICT OF TEXAS
# MARSHAL DIVISION

| | |
|---|---|
| SOVERAIN IP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | No. 2:17-cv-00204-RWS-RSP <br> (lead case) |
| SOVERAIN IP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AT&T INC., ET AL., <br><br> Defendants. | No. 2:17-cv-00293-RWS-RSP <br> (member case) |

## ORDER OF DISMISSAL WITH PREJUDICE

In light of the parties' Stipulation of Dismissal With Prejudice [Dkt. # 219], the Court **DISMISSES** all of Soverain IP, LLC's claims in this action against AT&T Services, Inc. **WITH PREJUDICE**. Each party must bear its own costs, expenses, and attorneys' fees.

**SIGNED this 9th day of July, 2018.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE